UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD  STALONS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-02453 |
| | § | |
| HOUSTON CHRONICLE, *et al*, | § | |
| | § | |
| Defendants. | § | |

## <u>NOTICE OF SETTING</u>

The parties are hereby notified that a status conference regarding docket call is set for

**January 7, 2019 at 9:00a.m.** and will be handled as a telephone conference. The parties are

directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **713-250-5126**

Conference ID: **45126#**

Conference Password: **13579#**

Date: January 7, 2019                                     DAVID BRADLEY, CLERK

                                                                     By: C. Horace, Case Manager to
                                                                            Judge Kenneth M. Hoyt