United States District Court
Southern District of Texas
**ENTERED**
January 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD STALONS, *et al*, § § Plaintiffs, § VS. § HOUSTON CHRONICLE, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:18-CV-02453 |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON January 7, 2019 at 9:00 AM**

Appearances:   Darren DeLeon
               Stephen Yuhan

The following rulings were made:

The Court determines that the plaintiffs are not attorneys, they have no injuries on which this lawsuit may rest and therefore, this suit may be DISMISSED with prejudice.

It is so ORDERED.

SIGNED on this 7th day of January, 2019.

_____
Kenneth M. Hoyt
United States District Judge